# THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK, AS
TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWABS,
INC., ASSET BACKED CERTIFICATES,
SERIES 2004-ABI, by and through BANK
OF AMERICA, N.A., Attorney-in-Fact,

              Appellant,

      v.

THE CONDO GROUP LLC, a
Washington Limited Liability Company,

              Respondent.

No. 70615-2-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: NOV 3 - 2014

---

PER CURIAM – This appeal was stayed pending the Washington State Supreme Court's decision in <u>BAC Home Loans Servicing, LP v. Fulbright</u>, 180 Wn.2d 754, 328 P.3d 895 (2014). Following the <u>Fulbright</u> decision, the parties filed a "Stipulated Motion on the Merits to Reverse Trial Court Judgment and Mandate to Superior Court." Because this court does not use the motion on the merits procedure, <u>see</u> General Order on the Motions on the Merits, adopted August 18, 2014, we will treat the stipulated motion as a concession of error. We lift the stay, accept the concession, and reverse and remand for further proceedings.

Reversed and remanded for further proceedings.

FOR THE COURT: